FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR674-1H |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |
| MAURILIO AREVALO OROS ) aka Ruben Silva, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about February 7, 2008, within the Southern District of California, defendant MAURILIO AREVALO OROS, did willfully and knowingly use passport number 038716834, issued under the authority of the United States, to Ruben Silva, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: 3/5/08

KAREN P. HEWITT
UNITED STATES ATTORNEY

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf:San Diego
2/13/08