AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MAURILIO AREVALO OROS<br>aka Ruben Silva | CASE NUMBER: 08CR674-H |

I, MAURILIO AREVALO OROS aka Ruben Silva, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1544 - Misuse of a Passport, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/6/08 __ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Maurilio Arevalo*
MAURILIO AREVALO OROS
Defendant

**FILED**
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ROBERT H. REXRODE
Counsel for Defendant

Before _____
JUDICIAL OFFICER