

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MAURILIO AREVALO OROS
aka Ruben Silva

**WAIVER OF INDICTMENT**

CASE NUMBER:  08CR0674-H

I, MAURILIO AREVALO OROS aka Ruben Silva, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer, being advised of the nature of the charge(s), the proposed **superseding** information, and of my rights, hereby waive in open court on 4/15/08 prosecution by indictment and consent that the proceeding may be by **superseding** information rather than by indictment.

**FILED**

APR 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

X _Maurilio  Arevalo_
MAURILIO AREVALO OROS
Defendant


ROBERT H. REXRODE
Counsel for Defendant


Before _____
JUDICIAL OFFICER